NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MUNCHKIN, INC.,**
*Appellant*

**v.**

**LUV N' CARE, LTD.,**
*Appellee*

---

2017-1179

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-00872.

---

**JUDGMENT**

---

TRAVIS W. MCCALLON, Lathrop & Gage LLP, Kansas City, MO, argued for appellant. Also represented by ROBERT CAMERON GARRISON; ALLEN JUSTIN POPLIN, Overland Park, KS.

EDWARD DAVID MANZO, Husch Blackwell LLP, Chicago, IL, argued for appellee. Also represented by ROBERT M. CHIAVIELLO, JR., HARTWELL POWELL MORSE, III, Control Services, Inc., Monroe, LA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, REYNA, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  November 13, 2017  
Date

/s/ Peter R. Marksteiner  
Peter R. Marksteiner  
Clerk of Court